IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

LANDIS THOMPSON,

      Petitioner,

v.

                                      Case No.  5D23-688
                                      LT Case Nos. 2022-MM-016894-A
                                                     2022-CF-028310-A
                                                        2022-CF-018085-A

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed February 10, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender Viera,
and   Michael Mario Pirolo, Chief
Assistant Public Defender, Viera, for
Petitioner.

Ashley   Moody, Attorney General,
Tallahassee, and   Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 11, 2022 judgment and sentence rendered in Case Nos. 2022-MM-016894-A, 2022-CF-028310-A, and 2022-CF-018085-A, in the Circuit Court in and for Brevard County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., MAKAR and EISNAUGLE, JJ., concur.